■ ANTHONY QUARCINI, Respondent, v NATIONAL FUEL GAS COMPANY et al., Appellants. [922 NYS2d 837]—Appeal from a decision of the Supreme Court, Niagara County (Richard C. Kloch,

Sr., A.J.), entered February 16, 2010 in a personal injury action. The decision found plaintiff to be entitled to summary judgment on liability pursuant to Labor Law § 240 (1).

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: In this Labor Law and common-law negligence action, defendants purport to appeal from an order granting plaintiff's motion for partial summary judgment on liability with respect to the Labor Law § 240 (1) claim. The appeal must be dismissed because that order is not included in the record on appeal (*see Rodriquez v Chapman-Perry*, 63 AD3d 645 [2009]), and " '[n]o appeal lies from a mere decision' " (*Pecora v Lawrence*, 28 AD3d 1136, 1137 [2006]; *see Harvey v Gaulin* [appeal No. 2], 68 AD3d 1789 [2009]). Present—Centra, J.P., Fahey, Lindley, Gorski and Martoche, JJ. **[Prior Case History: 27 Misc 3d 478.]**